**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 43248**

| | | |
|---|---|---|
| **STATE OF IDAHO,** | ) | **2016 Unpublished Opinion No. 411** |
| | ) | |
| **Plaintiff-Respondent,** | ) | **Filed:  March 2, 2016** |
| | ) | |
| v. | ) | **Stephen W. Kenyon, Clerk** |
| | ) | |
| **MATTTHEW ALLEN WELCH,** | ) | **THIS IS AN UNPUBLISHED** |
| | ) | **OPINION AND SHALL NOT** |
| **Defendant-Appellant.** | ) | **BE CITED AS AUTHORITY** |
| | ) | |

Appeal from the District Court of the Kootenai Judicial District, State of Idaho, First County.  Hon. Lansing L. Haynes, District Judge.

Judgment of conviction and sentences, <u>affirmed</u>.

Sara B. Thomas, State Appellate Public Defender; Justin M. Curtis, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before MELANSON, Chief Judge; GUTIERREZ, Judge;
and HUSKEY, Judge

_____

PER CURIAM

Matthew Allen Welch pled guilty to one count of trafficking in methamphetamine or amphetamine, felony, Idaho Code § 37-2732(B)(4) and two counts of delivery of a controlled substance, felony, Idaho Code § 37-2732(a).  The district court imposed a unified fifteen-year sentence, with five years determinate, for the trafficking in methamphetamine or amphetamine and a unified fifteen-year sentence, with five years determinate, for each delivery of a controlled substance charge.  All sentences were imposed concurrently.  Welch appeals, contending that his sentences are excessive.

Sentencing is a matter for the trial court's discretion.  Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and

1

need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Welch's judgment of conviction and sentences are affirmed.